# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian Lee Strohl <br> Debtor | BK NO. 16-04234 RNO <br><br> Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of M&T Bank as Servicer for Lakeview Loan Servicing, LLC, and index same on the master mailing list.

Re: Loan # Ending In: 6282

                                        Respectfully submitted,

                                      **/s/ Joshua I. Goldman, Esquire**
                                      Joshua I. Goldman, Esquire
                                      Thomas Puleo, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 825-6306  FAX (215) 825-6406
                                      Attorney for Movant/Applicant