# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Brian Lee Strohl  
       Debtor(s)

BKY. NO. 16-04234 RNO

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6282

                        Respectfully submitted,

                        **/s/ Thomas Puleo**  
                        Thomas Puleo, Esquire  
                        James C. Warmbrodt, Esquire  
                        KML Law Group, P.C.  
                        701 Market Street, Suite 5000  
                        Philadelphia, PA 19106-1532  
                        (215) 825-6306  FAX (215) 825-6406  
                        Attorney for Movant/Applicant